PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

**The following constitutes
the order of the court. Signed March 01, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. **10-73283** RN |
| **VILLAMOR FRANCO VIRAY and JEANNIFFER LYN ST. ONGE,** | Chapter 13 |
| Debtors. | **ORDER VALUING LIEN OF BANK OF AMERICA, NA** |
| _____/ | |

    On February 2, 2011, Villamor Viray and Jeanniffer St. Onge (hereinafter Debtors) served a motion to value the lien of Bank of America, NA (hereinafter Lienholder) against the property commonly known as 2069 Costa Ct., Pinole, CA 94564, which lien was recorded in Contra Costa County on or about July 12, 2006 as document 021922500 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
 1                        COURT SERVICE LIST

 2

 3
     Law Offices of Patrick L. Forte
 4   One Kaiser Plaza, Suite 480
     Oakland, CA 94612
 5
     Villamor Viray & Jeanniffer St. Onge
 6   2069 Costa Ct.
     Pinole, CA 94564
 7
     Attn: Officer
 8   Bank of America, National Association
     101 S. Tryon
 9   Charlotte, NC 28202

10
     Attn: Officer
11   Bank of America, National Association
     C/o CT Corporation System
12   818 West Seventh St.
     Los Angeles, CA 90017
13
     Attn: Officer
14   BAC Home Loans Servicing, LP
     4500 Park Granada
15   Calabasas, CA 91302

16
     Attn: Officer
17   BAC Home Loans Servicing, LP
     C/o CT Corporation System
18   818 West Seventh St.
     Los Angeles, CA 90017
19

20

21

22

23

24

25

26
```